CCA Case No. PD-1221-15
COA No. 05-13-01199-CR

Denied 12/7/15
Order Judge

PETER PHUC HONG TRAN        §   IN THE COURT OF

VS.                        §   CRIMINAL APPEALS OF COURT OF CRIMINAL APPEALS

                           §

THE STATE OF TEXAS          §   AT ASUTIN, TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 07 2015

Abel Acosta, Clerk

## APPELLANT'S PRO SE MOTION TO EXCEED THE PAGE LIMIT

TO THE HONORABLE JUDGES OF THIS COURT:

Appellant, Peter Tran's, PRO SE PDR is 16 pages in length. The rules only allow 15 pages. Tex. R. App. Proc., 9.4(i)(2)(4). Mr. Tran requests to be allowed to exceed the page limit by one page. Id. 9.4(i)(4)

FILED IN
COURT OF CRIMINAL APPEALS

DEC 07 2015

Abel Acosta, Clerk

Tran is acting PRO SE and is not trained in the pratice of law. It is difficult for Tran to know what is imporatant and what can be left out of his arguments. Tran has attempted to be as brief as possible in explaining is postions. In fact, Tran has removed many arguments in order to attempt to comply with required page length. Moreover, the customary restating of the GROUNDS takes up about a total of ONE page, the exact number of page(s) Tran has exceed the limit by.

### PRAYER

WHEREFORE, ALL CONSIDERED, PETER PHUC HONG TRAN, the Appellant, acting PRO SE, PRAYS this Honorable Court GRANT this motion in all things and allow him to exceed the page limit in his PRO SE PDR; AND, ANY AND ALL OTHER RELIEF THIS COURT FINDS PROPER IN THE INTERET OF JUSTICE.

Respectfully Submitted,

x _____

Peter Phun Hong Tran
TDCJ No. 1868964
Hughes Unit
Rt. 2, Box 4400
Gatesville, TX  76597

Appellant PRO SE

### VERIFICATION / CERTIFICATE OF SERVICE

I, Peter Phuc Hong Tran, TDCJ No. 1868964, being presently incarcerated in the HUGHES Unit of TDCJ-CID, in CORYELL County Texas delcare under penalty of perjury the facts herein are true and correct and that I have served a copy of the DA and SPA.

DATE: 11-25-2015                    x _____